UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

\* \* \*

| | |
|---|---|
| Angela Eunice Neal,<br><br>　　　　　　Plaintiff,<br><br>　v.<br><br>Tonic D. Tep, et al.,<br><br>　　　　　　Defendants. | Case No. 2:21-cv-00433-JCM-DJA<br><br>**Order** |

　　　　Before the Court is Plaintiff's counsel's—Alex De Castroverde, Esq., and Yolanda Carpia, Esq. of the law firm De Castroverde Law Group—renewed motion to withdraw (ECF No. 25). Under Local Rule ("LR") IA 11-6(b), "[i]f an attorney seeks to withdraw after appearing in a case, the attorney must file a motion or stipulation and serve it on the affected client and opposing counsel." LR IA 11-6(b). The Court finds that Plaintiff's counsel has met the requirements of LR IA 11-6(b). Plaintiff's counsel indicates that, due to differences in opinion regarding how to proceed in the matter, Plaintiff's counsel can no longer continue representing Plaintiff.

　　　　The Court will require that Plaintiff advise the Court whether Plaintiff intends to proceed *pro se* or retain counsel. Filing a notice of new counsel on or before Monday, January 3, 2022 is sufficient to comply with the Court's order. Failure to respond may result in a recommendation to the United States District Judge assigned to this case that dispositive sanctions be issued against Plaintiff, including dismissal of this action.

**IT IS THEREFORE ORDERED** that Plaintiff's counsel's renewed motion to withdraw (ECF No. 25) is **granted**.

**IT IS FURTHER ORDERED** that Plaintiff shall advise the Court whether Plaintiff intends to proceed *pro se* or retain counsel by **Monday, January 3, 2022**.

**IT IS FURTHER ORDERED** that the Clerk of Court is kindly directed to add Plaintiff's last known address to the civil docket and send a copy of this order to Plaintiff's last known address:

**Angela Eunice Neal**
3730 Timberlake Drive
Las Vegas, NV 89115

DATED: December 2, 2021

_____
DANIEL J. ALBREGTS
UNITED STATES MAGISTRATE JUDGE